NUMBER 13-03-544-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

MANUEL PERELMAN, ET AL.,                                            Appellants,

v.

CAMERON COUNTY DRAINAGE 
DISTRICT NUMBER ONE,                                                     Appellee.
___________________________________________________________________

On appeal from the 197th District Court 
 of Cameron County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza 
Opinion Per Curiam

         Appellant, MANUEL PERELMAN, ET AL., attempted to perfect an appeal from a
judgment entered by the 197th District Court of Cameron County, Texas. On August
22, 2003, the trial court granted appellant’s motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM

Opinion delivered and filed this
the 18th day of December, 2003.